UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ANN MOLINA,

        Plaintiff,                       13 cv 3018 (ER)

vs.                                        [~~PROPOSED~~] ORDER

COUNTY OF ORANGE,

        Defendant.
------------------------------------------------x

       The parties, having conferred, hereby consent to entry of this Order modifying the electoral process in 2013 for the Orange County Legislature as follows:

1. Petitions for county legislative seats shall be circulated on or after June 18, 2013.

2. Petitions shall be returned on or before July 11, 2013.

3. The number of signatures required on nominating petitions shall be decreased from 5% to 2.5% of the registered voters in the given political party within the legislative district.

4. Nominating petitions for committee persons for Republican and Conservative parties shall be reduced to 50% of the previously or otherwise required number.

5. All other deadlines provided by the Election Law of the State of New York shall remain in full force and effect.

        SO ORDERED                        EDGARDO RAMOS

Dated: June 5, 2013
       White Plains, NY
                                                United States District Court

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2013